STATE, FOR USE OF PATTON, *v.* GAITHER *et al.*

(Division A.   Jan. 11, 1937.)

[171 So. 768.   No. 32391.]

Jas. A. Cunningham, of Booneville, for appellant.

Fred B. Smith, of Ripley, for appellee.

W. L. Elledge, of Fulton, for appellees.

Green, Green & Jackson, of Jackson, amicus curiae.

Smith, C. J., delivered the opinion of the court.

The judgment of the court below rendered in September, 1935, holding that it was without jurisdiction of this cause may not be res judicata as to whether the appellee is now a public officer within the meaning of section 495, Code of 1930, but it is res judicata of the other pleas to its jurisdiction then filed, and the court below committed no error in so holding.

Affirmed.